This is to advise that on July 9, 2007

Senior Judge Richard W. Goldberg

Issued CONFIDENTIAL Slip Opinion 07-107

In action

Ct. No. 06-00285

Allied Tube & Conduit Corp., Ipsco
Tubulars Inc., and Wheatland Tube Company
(Plaintiffs,)

v.

United States,
(Defendant,)

and

Toscelik Profil Ve Sac
Endustrisi A.S.,
(Defendant-Intervenor.)